IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RAMSEY KHALIDI, LLC, a Georgia )
Limited Liability Company, )
)
Plaintiff, )
)
v. ) CASE NO. CV417-230
)
THE PAPER TIGERS, INC, an )
Illinois Corporation, )
)
Defendant. )

## O R D E R

Before the Court is Plaintiff's Stipulation of Dismissal. (Doc. 16.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 8th day of May 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAY -8 PM 4:42
CLERK
SO. DIST. OF GA.